March 5, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JULIN ROBERTSON, Appellant

NO. 14-12-00492-CR                 V.

NO. 14-12-00493-CR

THE STATE OF TEXAS, Appellee

_____

       This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in judgments. The Court orders the judgments **AFFIRMED**, and that this decision be certified below for observance.